IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| CARI L. CORR, | § | |
|---|---|---|
| | § | |
| *Plaintiff*, | § | |
| V. | § | CASE NO. 9:14-CV-83 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| *Defendant.* | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION ON ATTORNEY'S FEES**

The Honorable Keith F. Giblin, United States Magistrate Judge, submitted a report recommending that the Court grant the plaintiff's motion for attorney fees under the Equal Access to Justice Act. No party has filed objections to the magistrate judge's report. The Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge (#20) is **ADOPTED.** The Court further **ORDERS** that the motion for attorney fees (#18) is **GRANTED**. The Commissioner of Social Security is directed to pay plaintiff Cari Corr an attorney fee under the Equal Access to Justice Act in the amount of $5,544.37 as recommended in Judge Giblin's report. It is finally **ORDERED** that the Commissioner mail this award to the plaintiff in care of her attorney, Michael T. Kelly, at the attorney's office address. This award is subject to any beneficial, contractual and/or assignment-based interests held by counsel.

**It is SO ORDERED.**

**SIGNED this 29th day of June, 2015.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE